Geoffrey G. Young
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Email: gyoung@reedsmith.com

James C. Pistorino (*Pro Hac Vice* forthcoming)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: 412-561-6250
Email: james@dparrishlaw.com

Attorneys for Plaintiff Robert Townsend

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT TOWNSEND<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>　　　Defendant. | Civil Action No. 1:20-cv-01210-ALC<br><br>**AMENDED**<br>**CERTIFICATE OF SERVICE** |

　　　I, Geoffrey G. Young, being duly sworn, deposes and says as follows:

　　　1.　　　I am a partner in the law firm of Reed Smith LLP ("Reed Smith"), having offices at 599 Lexington Avenue, 22nd Floor, New York 10022.  I am over the age of eighteen years, and not a party to the within action.

- 2 -

2.	I caused true and correct copies of the following to be served by certified mail on the individuals listed below, with confirmation of receipt on the dates listed below: (1) Summons, (2) Complaint, (3) Civil Cover Sheet, (4) Individual Rules of Practice of Judge Andrew Carter, (5) Individual Practices of Magistrate Judge Katharine Parker, and (6) the ECF Rules for the Southern District of New York. The individuals and dates of receipt are:

<u>Alex M. Azar II</u>
Secretary of Health and Human Services
U.S. Department of Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201
Tracking No. 70192970000184417732
*Delivery Date: February 20, 2020*

<u>William Barr</u>
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tracking No. 70192970000184417749
*Delivery Date: February 24, 2020*

<u>Civil Process Clerk</u>
Office of the United States Attorney
86 Chambers Street, Floor 3
New York, New York 10007
Tracking No. 70192970000184417756
*Delivery Date: February 18, 2020*

Dated:	New York, New York
	April 13, 2020

				/s/ *Geoffrey G. Young*
				Geoffrey G. Young