USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>                         Plaintiff,<br><br>         -against-<br><br>ALEX AZAR, *in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>                        Defendant | 20-CV-1210 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters requesting pre-motion conferences. ECF Nos. 14-15. Their requests are hereby **DENIED**. The Parties are **GRANTED** leave to file cross-motions for summary judgment and should proceed in accordance with the following briefing schedule:

| | |
|---|---|
| **Moving Briefs** | **June 26, 2020** |
| **Opposition Briefs** | **July 17, 2020** |
| **Reply Briefs** | **July 31, 2020** |

**SO ORDERED.**

Dated:   June 4, 2020
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**