UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT TOWNSEND,

                Plaintiff,

v.

ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services,

                Defendant.

Case No. 20 Civ. 1210 (ALC)

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment and Declaration of Rachael Doud dated June 26, 2020, Defendant Alex M. Azar II, Secretary of the United States Department of Health and Human Services, by his attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby moves this Court for an order granting him summary judgment.

Dated:    June 26, 2020
             New York, New York

                                    AUDREY STRAUSS
                                    Acting United States Attorney for the
                                    Southern District of New York
                                    *Attorney for Defendant*

                By:     /s/ Rachael L. Doud
                           RACHAEL L. DOUD
                           Assistant United States Attorney
                           86 Chambers Street, 3rd Floor
                           New York, New York 10007
                           Tel.: (212) 637-3274
                           Fax: (212) 637-2786
                           E-mail: rachael.doud@usdoj.gov