UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>       Plaintiff,<br><br>  v.<br><br>ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>       Defendant. | Case No. 20 Civ. 1210 (ALC) |

## DECLARATION OF RACHAEL L. DOUD

Rachael L. Doud declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the Southern District of New York and I am the counsel of record in this matter. I make this declaration on the basis of my personal knowledge to place certain records before the Court in support of Defendant's motion for summary judgment.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the administrative record in this matter, which was lodged with the Court by disc on May 4, 2020.

Dated: New York, New York
    June 26, 2020

                /s/ Rachael L. Doud
                Rachael L. Doud
                Assistant United States Attorney