USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/21/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ROBERT TOWNSEND**,

          **Plaintiff,**

-against-

**ALEX AZAR II**, in his official capacity as the Secretary of the Department of Health and Human Services,

          **Defendant.**

Case No. 20-CV-1210 (ALC)

**REVISED**
**SCHEDULING ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

The briefing schedule issued by the Court on June 4, 2020, is hereby amended as follows:

| | |
|---|---|
| **Opposition Briefs** | **July 20, 2020** |
| **Reply Briefs** | **August 3, 2020** |

**SO ORDERED.**

Dated:    **July 21, 2020**
              **New York, New York**

*/s/ Andrew L. Carter*
_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**